FILED
CLERK, U.S. DISTRICT COURT
JUL 9 2010
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No.: CR 01-00464-R |
|---|---|
| Plaintiff, | ) ORDER OF DETENTION |
| v. | ) [Fed. R. Cim. P. 32.1(a)(6); |
| YIU CHUAN KU, | ) 18 U.S.C. § 3143(a)] |
| Defendant. | ) |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the _Central District of California_ for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a);

The Court finds that:

A.  (✓) The defendant has not met his/her burden of established by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on _history of non-compliance and absconding from supervision._

and/or

B.  (✓) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on: _arrest and conviction while on release_ _____

IT IS THEREFORE ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: July 9, 2010

ALICIA G. ROSENBERG
United States Magistrate Judge